Krista M. Enns (SBN: 206430)
Benjamin J. Kimberley (SBN: 259800)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA  94111-5802
Telephone:     (415) 591-1000
Facsimile:      (415) 591-1400
Email:            kenns@winston.com
                     bkimberley@winston.com

Darren Oved (*pro hac vice*)
Andrew J. Urgenson (*pro hac vice*)
Edward C. Wipper (*pro hac vice*)
OVED & OVED LLP
401 Greenwich Street
New York, NY  10013
Telephone:     (212) 226-2376
Facsimile:      (212) 226-7555
Email:            darren@ovedlaw.com
                     andrew@ovedlaw.com
                     edward@ovedlaw.com

Attorneys for Defendants
ELY EDDI, DIGITAL DATA DEVICES,
INC., and DIGITAL IN THE HOUSE, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MONSTER CABLE PRODUCTS, INC. and MONSTER, LLC,<br><br>            Plaintiffs,<br><br>     v.<br><br>JEFF FELDMAN, ELY EDDI, DIGITAL DATA DEVICES, INC., and DIGITAL IN THE HOUSE, INC.,<br><br>            Defendants. | Case No. CV 12 0250 RS<br><br>**STIPULATION TO DEEM DEFENDANTS' MOTION TO COMPEL ARBITRATION SUBMITTED WITHOUT ORAL ARGUMENT; and, [~~PROPOSED~~] ORDER** |

**STIPULATION**

Plaintiffs MONSTER CABLE PRODUCTS, INC. and MONSTER, LLC and Defendants ELY EDDI, DIGITAL DATA DEVICES, INC. and DIGITAL IN THE HOUSE, INC. (collectively, "Defendants"), by and through their respective counsel of record, hereby stipulate as follows, subject to the Court's concurrence:

Defendants' Motion to Compel Arbitration (Docket No. 27), presently scheduled to be heard on May 10, 2012 at 1:30 p.m., shall be deemed submitted without oral argument.

DATED: May 7, 2012        WINSTON & STRAWN LLP

By:     /s/ Benjamin J. Kimberely
KRISTA M. ENNS
BENJAMIN J. KIMBERLEY
Attorneys for Defendants
ELY EDDI, DIGITAL DATA DEVICES, INC.,
and DIGITAL IN THE HOUSE, INC.

OVED & OVED LLP
401 Greenwich Street
New York, NY 10013
Darren Oved (*pro hav vice*)
Edward C. Wipper (*pro hac vice*)
Andrew J. Urgenson (*pro hav vice*)
Attorneys for Defendants
ELY EDDI, DIGITAL DATA DEVICES, INC.,
and DIGITAL IN THE HOUSE, INC.

DATED:  May 7, 2012        Respectfully submitted,

SIDEMAN & BANCROFT LLP

By:     /s/ Ryan J. Meckfessel
Ryan J. Meckfessel
Attorneys for Plaintiffs
MONSTER CABLE PRODUCTS, INC. and
MONSTER, LLC

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: May 8, 2012

_____
United States District Judge

OVED & OVED LLP
401 Greenwich Street
New York, NY 10013