Krista M. Enns (SBN: 206430)
Benjamin J. Kimberley (SBN: 259800)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5802
Telephone:     (415) 591-1000
Facsimile:     (415) 591-1400
Email:         kenns@winston.com
               bkimberley@winston.com

Darren Oved (*pro hac vice*)
Edward C. Wipper (*pro hac vice*)
Andrew J. Urgenson (*pro hac vice*)
OVED & OVED LLP
401 Greenwich Street
New York, NY 10013
Telephone:     (212) 226-2376
Facsimile:     (212) 226-7555
Email:         darren@ovedlaw.com
               edward@ovedlaw.com
               andrew@ovedlaw.com

Attorneys for Defendants
ELY EDDI, DIGITAL DATA DEVICES,
INC., and DIGITAL IN THE HOUSE, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MONSTER CABLE PRODUCTS, INC. and MONSTER CABLE, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> JEFF FELDMAN, ELY EDDI, DIGITAL DATA DEVICES, INC., and DIGITAL IN THE HOUSE, INC., <br><br> Defendants. | Case No. 3:12-cv-00250-RS <br><br> **STIPULATION BY ALL PARTIES TO ENLARGE DEFENDANTS' TIME TO FILE THEIR OPPOSITION TO PLAINTIFFS' MOTION TO STAY ENFORCEMENT OF THE COURT'S ORDER RE ATTORNEY FEES AND [P~~ROPOSED~~] ORDER GRANTING SAME** |

Pursuant to Civil Local Rules 6-1(b) and 6-2(a), Defendants ELY EDDI ("EDDI"), DIGITAL DATA DEVICES, INC. and DIGITAL IN THE HOUSE, INC. (collectively the "Defendants"), and Plaintiffs MONSTER CABLE PRODUCTS, INC. and MONSTER CABLE, LLC, (collectively, "MONSTER"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on June 10, 2013, MONSTER filed a motion to stay enforcement of the Court's Order Re Attorney (the "Stay Motion," Docket No. 92);

WHEREAS, Defendants' opposition to the Stay Motion is presently due on July 31, 2013;

WHEREAS, the parties are currently engaged in discussions regarding the potential mediation of this action, including the issues raised in the Stay Motion, and are negotiating toward a stipulation with respect to same;

WHEREAS, the Defendants have requested and MONSTER has consented to an additional seven (7) days for the Defendants to submit their opposition to the Stay Motion;

WHEREAS, an additional seven (7) days for the Defendants to respond to the Stay Motion will not alter the date of any event or any deadline already fixed by Court order;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that the Defendants time to submit opposition to the Stay Motion may and should be extended to August 7, 2013, and the parties jointly hereby so move.

1

STIPULATION TO ENLARGE DEFENDANTS' TIME TO FILE THEIR OPPOSITION TO PLAINTIFF'S MOTION TO STAY ENFORCEMENT OF THE COURT'S ORDER RE ATTORNEY FEES
Case No. **3:12-cv-00250-RS**

1 | DATED: July 25, 2013

Respectfully submitted,

OVED & OVED LLP

By: _____
Darren Oved
Attorneys for Defendants
ELY EDDI, DIGITAL DATA DEVICES, INC., and
DIGITAL IN THE HOUSE, INC.

SIDEMAN & BANCROFT LLP

By: /s/ Rodney Patula
Rodney Patula
Attorneys for Plaintiffs
MONSTER CABLE PRODUCTS, INC. and
MONSTER, LLC

IT IS SO ORDERED:

_____
U.S. DISTRICT JUDGE

OVED & OVED LLP
401 Greenwich Street
New York, NY 10013

2

STIPULATION TO ENLARGE DEFENDANTS' TIME TO FILE THEIR OPPOSITION TO PLAINTIFF'S MOTION TO STAY ENFORCEMENT OF THE COURT'S ORDER RE ATTORNEY FEES
Case No. **3:12-cv-00250-RS**