Krista M. Enns (SBN: 206430)
Benjamin J. Kimberley (SBN: 259800)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5802
Telephone:     (415) 591-1000
Facsimile:     (415) 591-1400
Email:         kenns@winston.com
               bkimberley@winston.com

Darren Oved (*pro hac vice*)
Edward C. Wipper (*pro hac vice*)
Andrew J. Urgenson (*pro hac vice*)
OVED & OVED LLP
401 Greenwich Street
New York, NY 10013
Telephone:     (212) 226-2376
Facsimile:     (212) 226-7555
Email:         darren@ovedlaw.com
               edward@ovedlaw.com
               andrew@ovedlaw.com

Attorneys for Defendants
ELY EDDI, DIGITAL DATA DEVICES,
INC., and DIGITAL IN THE HOUSE, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MONSTER CABLE PRODUCTS, INC. and MONSTER CABLE, LLC, | ) ) **Case No. 3:12-cv-00250-RS** |
| | )   ORDER |
| | ) **STIPULATION AND NOTICE OF** |
| Plaintiffs, | ) **WITHDRAWAL WITHOUT PREJUDICE** |
| | ) **OF DEFENDANTS' APPLICATION FOR** |
| v. | ) **WRIT OF EXECUTION AND** |
| | ) **PLAINTIFFS' MOTION FOR A STAY OF** |
| JEFF FELDMAN, ELY EDDI, DIGITAL | ) **EXECUTION PENDING APPEAL** |
| DATA DEVICES, INC., and DIGITAL IN THE | ) |
| HOUSE, INC., | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |
| | ) |
| | ) |

OVED & OVED LLP
401 Greenwich Street
New York, NY 10013

Pursuant to Local Rules 7-7(e) and 7-12, Defendants ELY EDDI ("EDDI"), DIGITAL DATA DEVICES, INC. and DIGITAL IN THE HOUSE, INC. (collectively the "Defendants"), and Plaintiffs MONSTER CABLE PRODUCTS, INC. and MONSTER CABLE, LLC, (collectively, "MONSTER"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on June 5, 2013, Defendants filed an application for a Writ of Execution (the "Writ Application," Docket No. 90) in connection with the Court's Order Re Motion for Attorney Fees, dated and entered on February 27, 2013, which awarded attorneys fees in favor of Defendants and against Plaintiffs in the amount of $40,000 (the "Fees Award," Docket No. 78), the full amount of which remains unpaid.

WHEREAS, on June 10, 2013, MONSTER filed a motion to stay enforcement of the Court's Order Re Attorney (the "Stay Motion," Docket No. 92), pending Plaintiffs' appeal and Defendants' cross-appeal of the Fees Award (the "Appeals");

WHEREAS, the parties have agreed to a mediation of this action, including the issues raised in the Stay Motion and Writ Application, before the mediator appointed by 9th Circuit Court of Appeals;

WHEREAS, the parties, as a result of the foregoing, have agreed to, *inter alia*: (1) stay their presently pending arbitration before the American Arbitration Association (the "AAA Arbitration") until the conclusion of the mediation, without prejudice to any party with respect to the schedule they propose to the arbitration panel for completing the arbitration, including without limitation the dates they seek for a final arbitration hearing, and without prejudice to the right of any party hereto to declare the mediation concluded after the first day of the mediation; (2) withdraw without prejudice the Stay Motion and Writ Application and refrain from any and all other efforts to enforce the Fee Award until entry of a final award in the AAA Arbitration or dismissal of the arbitration; and

OVED & OVED LLP
401 Greenwich Street
New York, NY 10013

1

(3) stay the Appeals until a final judgment is entered in the district court or dismissal of the action.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, as set forth above and, without limitation thereof, that the Stay Motion and Writ Application be withdrawn without prejudice to any of the parties' rights, all of which are expressly reserved.

DATED:  August 7, 2013                    Respectfully submitted,

OVED & OVED LLP


By:_____/S/_____
     Darren Oved
     *Attorneys for Defendants*
     ELY EDDI, DIGITAL DATA DEVICES, INC., and
     DIGITAL IN THE HOUSE, INC.



SIDEMAN & BANCROFT LLP

By:     _____/S/_____
     Rodney Patula
     *Attorneys for Plaintiffs*
     MONSTER CABLE PRODUCTS, INC. and
     MONSTER, LLC

PURSUANT TO STIPULATION,
IT IS HERBY SO ORDERED:

_____
Richard Seeborg
United States District Judge

Dated: 8/16/13

2

OVED & OVED LLP
401 Greenwich Street
New York, NY 10013