1  Krista M. Enns (SBN: 206430)
   Benjamin J. Kimberley (SBN: 259800)
2  WINSTON & STRAWN LLP
   101 California Street
3  San Francisco, CA  94111-5802
   Telephone:   (415) 591-1000
   Facsimile:   (415) 591-1400
4  Email:       kenns@winston.com
                bkimberley@winston.com
5
   Darren Oved (*pro hac vice*)
6  Andrew J. Urgenson (*pro hac vice*)
   OVED & OVED LLP
   401 Greenwich Street
7  New York, NY  10013
   Telephone:   (212) 226-2376
8  Facsimile:   (212) 226-7555
   Email:       darren@ovedlaw.com
                andrew@ovedlaw.com
9

*Attorneys for Defendants*
10 ELY EDDI, DIGITAL DATA DEVICES,
   INC., and DIGITAL IN THE HOUSE, INC.
11

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| MONSTER CABLE PRODUCTS, INC. and MONSTER CABLE, LLC,<br><br>        Plaintiffs,<br><br>    v.<br><br>JEFF FELDMAN, ELY EDDI, DIGITAL DATA DEVICES, INC., and DIGITAL IN THE HOUSE, INC.,<br><br>        Defendants. | Case No. 3:12-cv-00250-RS<br><br>[~~PROPOSED~~] SO ORDERED STIPULATION OF DISMISSAL WITH PREJUDICE |

OVED & OVED LLP
401 Greenwich Street
New York, NY 10013

STIPULATION OF DISMISSAL WITH PREJUDICE
Case No. 3:12-cv-00250-RS

The parties to this action, by their counsel, hereby stipulate as follows:

1. This action shall be dismissed with prejudice pursuant to the Settlement Agreement and Release dated September 30, 2014 (the "Settlement Agreement").

2. Notwithstanding the foregoing, the Court shall retain jurisdiction, and may re-open this matter through application by a party for the sole purpose of entering and/or enforcing the Settlement Agreement and/or its terms.

DATED: September 30, 2014                    Respectfully submitted,

                                             SIDEMAN & BANCROFT LLP

                                             By: _____
                                                 JAMES A. SHORE, ESQ.
                                             *Attorneys for Plaintiffs*
                                             MONSTER CABLE PRODUCTS, INC. and
                                             MONSTER, LLC

DATED: September 30, 2014                    WINSTON & STRAWN LLP

                                             By: _____
                                                 KRISTA M. ENNS, ESQ.
                                             *Attorneys for Defendants*
                                             ELY EDDI, DIGITAL DATA DEVICES, INC.,
                                             and DIGITAL IN THE HOUSE, INC.

                                             OVED & OVED LLP
                                             401 Greenwich Street
                                             New York, NY 10013
                                             Darren Oved, Esq. (*pro hac vice*)
                                             Andrew J. Urgenson, Esq. (*pro hac vice*)
                                             *Attorneys for Defendants*
                                             ELY EDDI, DIGITAL DATA DEVICES, INC.,
                                             and DIGITAL IN THE HOUSE, INC.

**IT IS SO ORDERED**

Dated: 10/2/14                               _____
                                             Richard Seeborg
                                             United States District Judge